## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerome Miner, as Chairman of the Northern, Minnesota-Wisconsin Area Retail Clerks Pension Fund; Steve Gilbertson, as Chairman of the Northern Minnesota-Wisconsin Area Retail Clerks Pension Fund; and each of their successors,<br><br>          Plaintiffs,<br><br>vs.<br><br>Mount Royal Bottle Shoppe, Inc.,<br><br>          Defendant. | Civil No. 07-2211 (RHK/RLE)<br><br>**ORDER** |

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: May 7, 2007

                                    s/Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Judge