# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Jerome Miner, as Chairman of the Northern,                 Civil No. 07-2211 (RHK/RLE)
Minnesota-Wisconsin Area Retail Clerks Pension
Fund; Steve Gilbertson, as Chairman of the Northern        **ORDER**
Minnesota-Wisconsin Area Retail Clerks Pension Fund;
and each of their successors,

          Plaintiffs,

vs.

Mount Royal Bottle Shoppe, Inc.,

          Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: May 7, 2007

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge