**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

JEROME MINER as Chairman of the Northern
Minnesota-Wisconsin Area Retail Clerks Health
Fund, and STEVE GILBERTSON as Chairman
of the Northern Minnesota-Wisconsin Area Retail
Clerks Pension Fund; and each of their successors,

Civil No. 07-2211 (RHK/RLE)

Plaintiffs,

vs.

**ORDER FOR DISMISSAL**

MOUNT ROYAL BOTTLE SHOPPE, INC.

Defendant.

---

Pursuant to the parties' Stipulation (Doc. No. 16), the above-entitled matter is

hereby **DISMISSED WITH PREJUDICE**, without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  February 13, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge